UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:25-cv-03099-MWC-ACCV** | Date: | February 17, 2026 |
| --- | --- | --- | --- |

Title: *Antoinette Thomas v. West Valley Detention Center*

Present: The Honorable **Angela C. C. Viramontes, United States Magistrate Judge**

| D. Castellanos | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE RE FAILURE TO PAY INITIAL PARTIAL FILING FEE**

On December 23, 2025, Plaintiff Antoinette Thomas ("Plaintiff") was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but Plaintiff was ordered to pay the partial filing fee in the amount of $47.93 within thirty (30) days to the Clerk of Court.

Plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for Plaintiff's failure to timely pay the initial partial filing fee of $47.93.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

**IT IS SO ORDERED.**