JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTOINETTE THOMAS,

               Plaintiff,

     v.

WEST VALLEY DETENTION CENTER,

               Defendant.

Case No. 5:25-cv-03099-MWC-ACCV

**JUDGMENT**

Pursuant to the Presented By Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated:  April 20, 2026

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge

1